No. 71–1628. POWER AUTHORITY OF NEW YORK *v.* FADEL ET AL. Ct. App. N. Y. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition. 

No. 71–1658. SEABOARD COAST LINE RAILROAD CO. *v.* MCDANIEL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition. 

No. 71–1680. LOUISVILLE & NASHVILLE RAILROAD CO. ET AL. *v.* RODES, TRUSTEE IN BANKRUPTCY, ET AL.;

No. 72–21. METROPOLITAN GOVERNMENT OF NASHVILLE ET AL. *v.* RODES, TRUSTEE IN BANKRUPTCY, ET AL.;

No. 72–24. KOPPERS CO., INC. *v.* RODES, TRUSTEE IN BANKRUPTCY, ET AL.; and

No. 72–62. WILSON COUNTY, TENNESSEE *v.* RODES, TRUSTEE IN BANKRUPTCY, ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of these petitions. Reported below: 463 F. 2d 73.

No. 71–6803. ECHEVERRIA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 72–93. AMERICAN OIL CO. ET AL. *v.* CITY OF PHILADELPHIA ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 72–174. CITY COUNCIL OF THE CITY OF CHICAGO ET AL. *v.* COUSINS ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.